UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
(Pittsburgh)

| | | | |
|---|---|---|---|
| IN RE: | Bernard D. Cambou | Case No. | 18-23987 |
| | Rose-Marie Cambou | Judge | Gregory L. Taddonio |
| | | Chapter | 13 |

**CERTIFICATE OF SERVICE**

I, the undersigned, PNC Bank, N.A., hereby certify that on the May 14, 2019, a true and correct copy of the Mortgage Payment Change was electronically served upon the following using the Court's CM/ECF system:

| | | |
|---|---|---|
| Debtor: | Bernard D. Cambou | Rose-Marie Cambou |
| Debtor Attorney: | Daniel P. Foster | |
| Trustee: | Ronda J. Winnecour | |

Further, I certify that on the May 14, 2019, a true and correct copy of the Mortgage Payment Change was forwarded via U.S. Mail, first class postage prepaid and properly addressed, to the following at the addresses shown below:

| | |
|---|---|
| Debtor Address: | 5 Kevin Drive Sewickley, PA 15413 |
| Attorney Address: | PO Box 966 Meadville, PA 16335 |
| Trustee Address: | Suite 3250, USX Tower 600 Grant Street Pittsburgh, PA 15219 |
| Judge's Initials: | GLT |

By: /s/ Michelle Presley

Michelle Presley
PNC BANK, N.A.
P.O. BOX 94892
Cleveland, OH 44101