# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| | : | Bankruptcy No: 18-23987-GLT |
| Bernard D. Cambou and | : | |
| Rose-Marie Cambou, | : | |
| *Debtors*, | : | Chapter 13 |
| | : | |
| vs. | : | |
| | : | DOCKET NO.: |
| | : | |
| Toyota Motor Credit Company, | : | |
| *Movant*, | : | |
| | : | |

## NOTICE OF
## CHANGE OF ADDRESS

**Creditor Name:** Toyota Motor Credit Company
**Incorrect Address:** 19001 South Western Avenue, Torrance CA 90501-1196
**Correct Address:** PO Box 15012, Chandler AZ 85244-5012


Respectfully Submitted,

Date: June 7, 2019          /s/Daniel P. Foster, Esquire
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES
PO Box 966
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtors