Certificate Number: 03088-PAW-DE-037860929

Bankruptcy Case Number: 18-23987



03088-PAW-DE-037860929

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 18, 2023, at 10:24 o'clock AM CDT, Rose Marie Cambou completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   October 18, 2023         By:   /s/Doug Tonne

Name:   Doug Tonne

Title:   Counselor