FILED
12/28/23 9:53 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 18-23987-GLT |
| Bernard D. Cambou | ) | Chapter 13 |
| Rose-Marie Cambou | ) | |
| Debtor(s) | ) | |
| | ) | Related to Docket No. 63 |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
| Movant(s) | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Bernard D. Cambou | ) | |
| Rose-Marie Cambou | ) | |
| Respondent(s) | ) | |

## WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS

The Motion to Dismiss that was filed in the above-referenced case on December 14, 2023 (document #60) is hereby WITHDRAWN. The hearing scheduled for January 12, 2024 is hereby CANCELED.

Respectfully submitted,

12/27/2023
Date

/s/ Ronda J. Winnecour
Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SO ORDERED
December 28, 2023

drb

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 18-23987-GLT |
| Bernard D. Cambou | ) | Chapter 13 |
| Rose-Marie Cambou | ) | |
|      Debtor(s) | ) | |
| | ) | Doc #_____ |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
|      Movant(s) | ) | |
| | ) | |
|      vs. | ) | |
| | ) | |
| Bernard D. Cambou | ) | |
| Rose-Marie Cambou | ) | |
|      Respondent(s) | ) | |

<u>CERTIFICATE OF SERVICE</u>

     I hereby certify that on the date shown below, I served a true and correct

copy of the foregoing pleading upon the following, by regular United States mail,

postage prepaid:

SEE NAMES AND ADDRESSES LISTED ON THE ATTACHED MAILING MATRIX

<u>12/27/2023</u>          <u>/s/ Renee Ward</u>
Date               Administrative Assistant
                  Office of the Chapter 13 Trustee
                  US Steel Tower – Suite 3250
                  600 Grant Street
                  Pittsburgh, PA  15219
                  cmecf@chapter13trusteewdpa.com

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 18-23987-GLT
Bernard D. Cambou                                                         Chapter 13
Rose-Marie Cambou
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                        User: auto                      Page 1 of 2
Date Rcvd: Dec 28, 2023             Form ID: pdf900              Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Bernard D. Cambou, Rose-Marie Cambou, 5 Kevin Drive, Sewickley, PA 15143-8523 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2023             Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Daniel P. Foster | |
| | on behalf of Joint Debtor Rose-Marie Cambou dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | |
| | on behalf of Debtor Bernard D. Cambou dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Jeffrey R. Hunt | |
| | on behalf of Creditor Borough of Sewickley jhunt@grblaw.com |
| Jeffrey R. Hunt | |
| | on behalf of Creditor County of Allegheny jhunt@grblaw.com |

Jeffrey R. Hunt
      on behalf of Creditor Quaker Valley School District jhunt@grblaw.com

Keri P. Ebeck
      on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
      btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Office of the United States Trustee
      ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
      cmecf@chapter13trusteewdpa.com

S. James Wallace
      on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Stephen Russell Franks
      on behalf of Creditor PNC BANK  N.A. amps@manleydeas.com


TOTAL: 11