**UNITED STATES BANRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

Bernard D. Cambou
Rose-marie  Cambou

Debtor(s).

Case No. 18-23987

Chapter 13

**NOTICE OF SATISFACTION OF PROOF OF CLAIM #8-1**

**TO: DEBTOR(S), ATTORNEY FOR DEBTOR(S), CHAPTER 13 TRUSTEE, and all interested parties:**

NOTICE IS HEREBY GIVEN that **VW Credit Leasing, Ltd c/o VW Credit, Inc.** ("Creditor"), considers the Proof of Claim filed on __December 18, 2018__ and assigned claim number **8-1,** satisfied as of the date of this Notice. The loan has been paid in full and any future disbursements on claim number 8-1 should cease at this time. Any monies received after the date of this Notice will be returned to the sender.

Dated: __January 08, 2024__

Respectfully submitted,
Bonial & Associates, P.C.

/s/ Issa F. Kamara

Issa F. Kamara
14841 Dallas Parkway
Suite 350
Dallas, Texas 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
Email: POCInquiries@BonialPC.com
Authorized Agent for VW Credit, Inc.

3225-N-4005

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before _____1/8/2024_____ via electronic notice unless otherwise stated:

**Debtor**              *Via U.S. Mail*
Bernard D. Cambou
5 Kevin Drive
Sewickley, PA 15143-8523


**Debtor**              *Via U.S. Mail*
Rose-marie Cambou
5 Kevin Drive
Sewickley, PA 15143-8523


**Debtors' Attorney**
Daniel P. Foster
Foster Law Offices
1210 Park Avenue
MEADVILLE, PA  16335


**Chapter 13 Trustee**
Ronda J. Winnecour
Suite 3250, USX Tower, 600 Grant Street
Pittsburgh, Pennsylvania 15219


/s/ Issa F. Kamara
Issa F. Kamara