FILED
1/8/24 2:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

Bernard D. Cambou
Rose-marie Cambou

Debtor(s).

Case No. 18-23987

Chapter 13

NOTICE OF SATISFACTION OF PROOF OF CLAIM #8-1

Related to Docket No. 66

**TO: DEBTOR(S), ATTORNEY FOR DEBTOR(S), CHAPTER 13 TRUSTEE, and all interested parties:**

NOTICE IS HEREBY GIVEN that **VW Credit Leasing, Ltd c/o VW Credit, Inc.** ("Creditor"), considers the Proof of Claim filed on <u>December 18, 2018</u> and assigned claim number **8-1**, satisfied as of the date of this Notice. The loan has been paid in full and any future disbursements on claim number 8-1 should cease at this time. Any monies received after the date of this Notice will be returned to the sender.

Dated: <u>January 08, 2024</u>

Respectfully submitted,
Bonial & Associates, P.C.

/s/ Issa F. Kamara

Issa F. Kamara
14841 Dallas Parkway
Suite 350
Dallas, Texas 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
Email: POCInquiries@BonialPC.com
Authorized Agent for VW Credit, Inc.

SO ORDERED
January 08, 2024

**drb**

3225-N-4005

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                 Case No. 18-23987-GLT
Bernard D. Cambou                                                                          Chapter 13
Rose-Marie Cambou
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                       User: auto                              Page 1 of 2
Date Rcvd: Jan 08, 2024             Form ID: pdf900                    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**        **Definition**

\+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2024:**

**Recip ID**             **Recipient Name and Address**
db/jdb                 + Bernard D. Cambou, Rose-Marie Cambou, 5 Kevin Drive, Sewickley, PA 15143-8523

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2024                       Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2024 at the address(es) listed below:

**Name**                    **Email Address**

Brian Nicholas
                           on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Daniel P. Foster
                           on behalf of Joint Debtor Rose-Marie Cambou dan@mrdebtbuster.com
                           katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Daniel P. Foster
                           on behalf of Debtor Bernard D. Cambou dan@mrdebtbuster.com
                           katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Jeffrey R. Hunt
                           on behalf of Creditor Borough of Sewickley jhunt@grblaw.com

Jeffrey R. Hunt
                           on behalf of Creditor County of Allegheny jhunt@grblaw.com

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Jan 08, 2024 | Form ID: pdf900 | Total Noticed: 1

Jeffrey R. Hunt
    on behalf of Creditor Quaker Valley School District jhunt@grblaw.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

Stephen Russell Franks
    on behalf of Creditor PNC BANK  N.A. amps@manleydeas.com


TOTAL: 11