Form 604

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Bernard D. Cambou** | : | Case No. 18−23987−GLT |
| **Rose−Marie Cambou** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 71 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 5/29/24 at 11:00 AM |
| *Respondent(s).* | : | |
| | : | |
| | : | |

### ORDER SCHEDULING DATE
### FOR RESPONSE AND HEARING ON MOTION

       **AND NOW,** this ***The 26th of March, 2024,*** a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 71 by the Chapter 13 Trustee,

       It is hereby ***ORDERED, ADJUDGED and DECREED*** that:

       (1)  ***On or before May 10, 2024,*** any ***Response,*** including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

       (2)  This Motion is scheduled for hearing on ***May 29, 2024 at 11:00 AM*** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

       (3)  If, after proper service, a Respondent fails to timely file a *Response,* the Court ***may*** determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties are ***required*** to appear at the hearing.

       (4)  Once the Motion is approved, if either the Debtor's ***Certificate of Discharge Eligibility*** or ***Certificate of Financial Management*** is not timely filed, *the case is **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** without further notice or hearing.*

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                          Case No. 18-23987-GLT

Bernard D. Cambou                                                                                      Chapter 13

Rose-Marie Cambou

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                                    User: auto                                                    Page 1 of 4

Date Rcvd: Mar 26, 2024                          Form ID: 604                                        Total Noticed: 47

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bernard D. Cambou, 5 Kevin Drive, Sewickley, PA 15143-8523 |
| jdb | + | Rose-Marie Cambou, 5 Kevin Drive, Sewickley, PA 15143-8523 |
| cr | + | Borough of Sewickley, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| 14929050 | + | Allegheny Radiology Associates, 320 East North Avenue, Pittsburgh, PA 15212-4756 |
| 14970346 | + | Borough of Sewickley, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14929066 | + | Northwest Consumer Dis, 1602 7th Ave, Beaver Falls, PA 15010-4012 |
| 14929078 | + | Volkswagen Credit, Incorporated, Attn: Bankruptcy, PO Box 3, Hillboro, OR 97123-0003 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Mar 27 2024 00:22:00 | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Mar 27 2024 00:22:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: ebnjts@grblaw.com | Mar 27 2024 00:22:00 | Quaker Valley School District, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: VWBKNotices@nationalbankruptcy.com | Mar 27 2024 00:22:00 | VW Credit, Inc., VW Credit, Inc., 14841 Dallas Parkway, Suite 350, Dallas, Tx 75254, UNITED STATES 75254-7685 |
| 14929052 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 27 2024 00:23:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 14929051 | + | Email/PDF: bncnotices@becket-lee.com | Mar 27 2024 00:33:36 | American Express/Bankruptcy, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14929053 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 27 2024 00:22:00 | Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 14929054 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 27 2024 00:22:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14929055 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 27 2024 00:23:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |

| 14929058 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Mar 27 2024 00:33:03 | Citicard, Citicorp Credit Services, Attn: Centrali, Po Box 20507, Kansas City, MO 64195 |
| 14929056 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Mar 27 2024 00:21:38 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14929057 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Mar 27 2024 00:33:22 | Citibank NA, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 14929059 | ^ | MEBN | | |
| | | | Mar 27 2024 00:17:37 | Collection Service Center, Incorpoated, Attn: Bankruptcy, Po Box 560, New Kensington, PA 15068-0560 |
| 14929060 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Mar 27 2024 00:23:00 | Comenity Bank/Pier 1, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14970370 | + | Email/Text: ebnjts@grblaw.com | | |
| | | | Mar 27 2024 00:22:00 | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14929061 | | Email/PDF: DellBKNotifications@resurgent.com | | |
| | | | Mar 27 2024 00:21:43 | Dell Financial Services LLC, Attn: President/CEO, Po Box 81577, Austin, TX 78708 |
| 14963293 | + | Email/Text: kburkley@bernsteinlaw.com | | |
| | | | Mar 27 2024 00:23:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14929062 | | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org | | |
| | | | Mar 27 2024 00:22:00 | Franklin Mint Federal Credit Union, Attn: Bankruptcy, 5 Hillman Dr Ste 100, Chadds Ford, PA 19317 |
| 14929063 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Mar 27 2024 00:23:00 | Internal Revenue Service, c/o Insolvency Unit, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14929064 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Mar 27 2024 00:23:00 | Midland Funding, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14951046 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Mar 27 2024 00:23:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14929065 | + | Email/Text: angela.abreu@northwest.com | | |
| | | | Mar 27 2024 00:22:00 | Northwest Bank, Attn: Bankruptcy, Po Box 128, Warren, PA 16365-0128 |
| 14929068 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Mar 27 2024 00:22:00 | PNC Bank, Attn: Bankruptcy Department, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 14967894 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Mar 27 2024 00:22:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 14966283 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Mar 27 2024 00:22:00 | PNC Bank, National Association, P.O. Box 94982, Cleveland, OH 44101 |
| 14929067 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Mar 27 2024 00:22:00 | Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 14963667 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Mar 27 2024 00:22:14 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14930078 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Mar 27 2024 00:32:38 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14929069 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Mar 27 2024 00:34:10 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 14970363 | + | Email/Text: ebnjts@grblaw.com | | |
| | | | Mar 27 2024 00:22:00 | Quaker Valley School District, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14929070 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Mar 27 2024 00:34:03 | Synchrony Bank, 950 Forrer Boulevard, Dayton, OH 45420-1469 |
| 14929071 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Mar 27 2024 00:21:40 | Synchrony Bank/Brook Brothers, Attn: |

District/off: 0315-2 | User: auto | Page 3 of 4
Date Rcvd: Mar 26, 2024 | Form ID: 604 | Total Noticed: 47

| | | | |
|---|---|---|---|
| | | | Bankruptcy Department, Po Box 965060, Orlando, FL 32896-5060 |
| 14929072 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 27 2024 00:34:00 | Synchrony Bank/Gap, Attn: Bankruptcy Department, Po Box 965060, Orlando, FL 32896-5060 |
| 14929073 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 27 2024 00:33:36 | Synchrony Bank/Mens Wearhouse, Attn: Bankruptcy Department, Po Box 965060, Orlando, FL 32896-5060 |
| 14929075 | + Email/Text: jaxbanko@td.com | Mar 27 2024 00:22:00 | TD Auto Finance, Attn: Bankruptcy, Po Box 9223, Farmington Hills, MI 48333-9223 |
| 14929074 | + Email/Text: bncmail@w-legal.com | Mar 27 2024 00:23:00 | Target, Attn: Bankruptcy Department, Po Box 9475, Minneapolis, MN 55440-9475 |
| 14929076 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | Mar 27 2024 00:23:00 | Toyota Motor Credit Co, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 14966902 | + Email/Text: VWBKNotices@nationalbankruptcy.com | Mar 27 2024 00:22:00 | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 14961616 | Email/PDF: ebn_ais@aisinfo.com | Mar 27 2024 00:34:03 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14929079 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 27 2024 00:23:00 | World Financial Network National Bank, PO Box 182025, Columbus, OH 43218-2025 |

TOTAL: 40

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, N.A. |
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14970372 | *+ | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14929077 | ## | Toyota Motor Credit Company, PO Box 15012, Chandler AZ 85244-5012 |

TOTAL: 2 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2024        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2024 at the address(es) listed below:**

**Name** | **Email Address**

District/off: 0315-2                          User: auto                          Page 4 of 4
Date Rcvd: Mar 26, 2024                       Form ID: 604                        Total Noticed: 47

Daniel P. Foster
    on behalf of Joint Debtor Rose-Marie Cambou dan@mrdebtbuster.com
    katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Daniel P. Foster
    on behalf of Debtor Bernard D. Cambou dan@mrdebtbuster.com
    katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Denise Carlon
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com

Jeffrey R. Hunt
    on behalf of Creditor Quaker Valley School District jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor Borough of Sewickley jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor County of Allegheny jhunt@grblaw.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Stephen Russell Franks
    on behalf of Creditor PNC BANK  N.A. amps@manleydeas.com


TOTAL: 11