**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>BERNARD D. CAMBOU<br>ROSE-MARIE CAMBOU<br>    Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>        Movant<br>    vs.<br>No Respondents. | Case No.:18-23987<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

March 26, 2024

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/11/2018 and confirmed on 12/12/18. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 40,197.00 |
| Less Refunds to Debtor | 14.95 | |
| TOTAL AMOUNT OF PLAN FUND | | 40,182.05 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 500.00 | |
|    Trustee Fee | 1,886.47 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,386.47 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0152 | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3747 | | | | |
|   COUNTY OF ALLEGHENY (RE TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6C60 | | | | |
|   JORDAN TAX SERVICE INC** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6C60 | | | | |
|   QUAKER VALLEY SD(SWCKLY)R/E TX** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6C60 | | | | |
|   SEWICKLEY BOROUGH (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6C60 | | | | |
| | ***NONE*** | | | |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BERNARD D. CAMBOU | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BERNARD D. CAMBOU | 14.95 | 14.95 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL P FOSTER ESQ** | 500.00 | 500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 4,576.71 | 4,576.71 | 0.00 | 4,576.71 |
|     Acct: 4288 | | | | |
| | | | | 4,576.71 |
| **Unsecured** | | | | |
|   DUQUESNE LIGHT COMPANY(*) | 719.11 | 719.11 | 0.00 | 719.11 |
|     Acct: 8450 | | | | |
|   COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: S4Y2 | | | | |
|   MIDLAND FUNDING LLC | 5,243.67 | 5,243.67 | 0.00 | 5,243.67 |

18-23987                                                                                                    Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 3526 | | | | |
| PNC BANK NA | 15,685.27 | 15,685.27 | 0.00 | 15,685.27 |
| Acct: 8682 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 5,924.86 | 5,924.86 | 0.00 | 5,924.86 |
| Acct: 7923 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 3,289.59 | 3,289.59 | 0.00 | 3,289.59 |
| Acct: 6265 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 500.50 | 500.50 | 0.00 | 500.50 |
| Acct: 1611 | | | | |
| VW CREDIT LEASING LTD | 1,734.63 | 1,734.63 | 0.00 | 1,734.63 |
| Acct: 9529 | | | | |
| INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4288 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 121.24 | 121.24 | 0.00 | 121.24 |
| Acct: 0001 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3526 | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC** (FRMRLY BRIAN C | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEPHEN R FRANKS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ALLEGHENY RADIOLOGY ASSOC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CITIBANK NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WORLD FINANCIAL NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 33,218.87 |
| TOTAL PAID TO CREDITORS | | | | 37,795.58 |

TOTAL CLAIMED
PRIORITY        4,576.71
SECURED             0.00
UNSECURED      33,218.87

Date: 03/26/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
 BERNARD D. CAMBOU
 ROSE-MARIE CAMBOU
         Debtor(s)

 Ronda J. Winnecour
         Movant
         vs.
 No Repondents.

Case No.:18-23987

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Bernard D. Cambou  
Rose-Marie Cambou  
    Debtors

Case No. 18-23987-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: Mar 26, 2024      Form ID: pdf900      Total Noticed: 47

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bernard D. Cambou, 5 Kevin Drive, Sewickley, PA 15143-8523 |
| jdb | + | Rose-Marie Cambou, 5 Kevin Drive, Sewickley, PA 15143-8523 |
| cr | + | Borough of Sewickley, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| 14929050 | + | Allegheny Radiology Associates, 320 East North Avenue, Pittsburgh, PA 15212-4756 |
| 14970346 | + | Borough of Sewickley, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14929066 | + | Northwest Consumer Dis, 1602 7th Ave, Beaver Falls, PA 15010-4012 |
| 14929078 | + | Volkswagen Credit, Incorporated, Attn: Bankruptcy, PO Box 3, Hillboro, OR 97123-0003 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Mar 27 2024 00:22:00 | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Mar 27 2024 00:22:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: ebnjts@grblaw.com | Mar 27 2024 00:22:00 | Quaker Valley School District, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: VWBKNotices@nationalbankruptcy.com | Mar 27 2024 00:22:00 | VW Credit, Inc., VW Credit, Inc., 14841 Dallas Parkway, Suite 350, Dallas, Tx 75254, UNITED STATES 75254-7685 |
| 14929052 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 27 2024 00:23:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 14929051 | + | Email/PDF: bncnotices@becket-lee.com | Mar 27 2024 00:33:26 | American Express/Bankruptcy, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14929053 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 27 2024 00:22:00 | Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 14929054 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 27 2024 00:22:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14929055 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 27 2024 00:23:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |

Case 18-23987-GLT   Doc 74   Filed 03/28/24   Entered 03/29/24 00:28:51   Desc Imaged
Certificate of Notice   Page 6 of 8

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 26, 2024 | Form ID: pdf900 | Total Noticed: 47 |

| ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14929058 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 27 2024 00:34:03 | Citicard, Citicorp Credit Services; Attn: Centrali, Po Box 20507, Kansas City, MO 64195 |
| 14929056 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 27 2024 00:22:08 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14929057 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 27 2024 00:32:56 | Citibank NA, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 14929059 | ^ | MEBN | Mar 27 2024 00:17:41 | Collection Service Center, Incorpoated, Attn: Bankruptcy, Po Box 560, New Kensington, PA 15068-0560 |
| 14929060 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 27 2024 00:23:00 | Comenity Bank/Pier 1, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14970370 | + | Email/Text: ebnjts@grblaw.com | Mar 27 2024 00:22:00 | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14929061 | | Email/PDF: DellBKNotifications@resurgent.com | Mar 27 2024 00:22:10 | Dell Financial Services LLC, Attn: President/CEO, Po Box 81577, Austin, TX 78708 |
| 14963293 | + | Email/Text: kburkley@bernsteinlaw.com | Mar 27 2024 00:23:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14929062 | | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org | Mar 27 2024 00:22:00 | Franklin Mint Federal Credit Union, Attn: Bankruptcy, 5 Hillman Dr Ste 100, Chadds Ford, PA 19317 |
| 14929063 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 27 2024 00:23:00 | Internal Revenue Service, c/o Insolvency Unit, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14929064 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 27 2024 00:23:00 | Midland Funding, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14951046 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 27 2024 00:23:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14929065 | + | Email/Text: angela.abreu@northwest.com | Mar 27 2024 00:22:00 | Northwest Bank, Attn: Bankruptcy, Po Box 128, Warren, PA 16365-0128 |
| 14929068 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 27 2024 00:22:00 | PNC Bank, Attn: Bankruptcy Department, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 14967894 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 27 2024 00:22:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 14966283 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 27 2024 00:22:00 | PNC Bank, National Association, P.O. Box 94982, Cleveland, OH 44101 |
| 14929067 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 27 2024 00:22:00 | Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 14963667 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 27 2024 00:32:36 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14930078 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 27 2024 00:20:53 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14929069 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 27 2024 00:32:44 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 14970363 | + | Email/Text: ebnjts@grblaw.com | Mar 27 2024 00:22:00 | Quaker Valley School District, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14929070 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 27 2024 00:32:46 | Synchrony Bank, 950 Forrer Boulevard, Dayton, OH 45420-1469 |
| 14929071 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 27 2024 00:32:56 | Synchrony Bank/Brook Brothers, Attn: |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 26, 2024 | Form ID: pdf900 | Total Noticed: 47 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Bankruptcy Department, Po Box 965060, Orlando, FL 32896-5060 |
| 14929072 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 27 2024 00:34:09 | Synchrony Bank/Gap, Attn: Bankruptcy Department, Po Box 965060, Orlando, FL 32896-5060 |
| 14929073 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 27 2024 00:20:45 | Synchrony Bank/Mens Wearhouse, Attn: Bankruptcy Department, Po Box 965060, Orlando, FL 32896-5060 |
| 14929075 | + | Email/Text: jaxbanko@td.com | Mar 27 2024 00:22:00 | TD Auto Finance, Attn: Bankruptcy, Po Box 9223, Farmington Hills, MI 48333-9223 |
| 14929074 | + | Email/Text: bncmail@w-legal.com | Mar 27 2024 00:23:00 | Target, Attn: Bankruptcy Department, Po Box 9475, Minneapolis, MN 55440-9475 |
| 14929076 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Mar 27 2024 00:23:00 | Toyota Motor Credit Co, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 14966902 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | Mar 27 2024 00:22:00 | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 14961616 | | Email/PDF: ebn_ais@aisinfo.com | Mar 27 2024 00:33:32 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14929079 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 27 2024 00:23:00 | World Financial Network National Bank, PO Box 182025, Columbus, OH 43218-2025 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, N.A. |
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14970372 | *+ | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14929077 | ## | Toyota Motor Credit Company, PO Box 15012, Chandler AZ 85244-5012 |

TOTAL: 2 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2024            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2024 at the address(es) listed below:

**Name**               **Email Address**

| | |
|---|---|
| Daniel P. Foster | on behalf of Joint Debtor Rose-Marie Cambou dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor Bernard D. Cambou dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Quaker Valley School District jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Sewickley jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |
| Stephen Russell Franks | on behalf of Creditor PNC BANK N.A. amps@manleydeas.com |

TOTAL: 11