**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
5/13/24 11:28 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
BERNARD D. CAMBOU
ROSE-MARIE CAMBOU
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:18-23987

Chapter 13

Related to Docket No. 71

## ORDER OF COURT

AND NOW, this ___ 13th Day of May, 2024 ___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_/s/ Gregory L. Taddonio_
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-23987-GLT |
| Bernard D. Cambou | Chapter 13 |
| Rose-Marie Cambou | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: May 13, 2024 | Form ID: pdf900 | Total Noticed: 46 |

The following symbols are used throughout this certificate:

**Symbol**   **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Bernard D. Cambou, Rose-Marie Cambou, 5 Kevin Drive, Sewickley, PA 15143-8523 |
| cr | + | Borough of Sewickley, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| 14929050 | + | Allegheny Radiology Associates, 320 East North Avenue, Pittsburgh, PA 15212-4756 |
| 14970346 | + | Borough of Sewickley, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14929066 | + | Northwest Consumer Dis, 1602 7th Ave, Beaver Falls, PA 15010-4012 |
| 14929078 | + | Volkswagen Credit, Incorporated, Attn: Bankruptcy, PO Box 3, Hillboro, OR 97123-0003 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | May 13 2024 23:32:00 | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | May 13 2024 23:32:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: ebnjts@grblaw.com | May 13 2024 23:32:00 | Quaker Valley School District, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: VWBKNotices@nationalbankruptcy.com | May 13 2024 23:32:00 | VW Credit, Inc., VW Credit, Inc., 14841 Dallas Parkway, Suite 350, Dallas, Tx 75254, UNITED STATES 75254-7685 |
| 14929052 | | Email/Text: ebnbankruptcy@ahm.honda.com | May 13 2024 23:33:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 14929051 | + | Email/PDF: bncnotices@becket-lee.com | May 13 2024 23:51:44 | American Express/Bankruptcy, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14929053 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 13 2024 23:32:00 | Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 14929054 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 13 2024 23:32:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14929055 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 13 2024 23:32:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 14929058 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 13 2024 23:51:45 | Citicard, Citicorp Credit Services; Attn: Centrali, |

Case 18-23987-GLT    Doc 78    Filed 05/15/24    Entered 05/16/24 00:28:27    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 13, 2024 | Form ID: pdf900 | Total Noticed: 46 |

| | | | | |
|---|---|---|---|---|
| | | | | Po Box 20507, Kansas City, MO 64195 |
| 14929056 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 13 2024 23:52:08 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14929057 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 13 2024 23:52:07 | Citibank NA, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 14929059 | ^ | MEBN | May 13 2024 23:30:48 | Collection Service Center, Incorpoated, Attn: Bankruptcy, Po Box 560, New Kensington, PA 15068-0560 |
| 14929060 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 13 2024 23:32:00 | Comenity Bank/Pier 1, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14970370 | + | Email/Text: ebnjts@grblaw.com | May 13 2024 23:32:00 | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14929061 | | Email/PDF: DellBKNotifications@resurgent.com | May 13 2024 23:51:44 | Dell Financial Services LLC, Attn: President/CEO, Po Box 81577, Austin, TX 78708 |
| 14963293 | + | Email/Text: kburkley@bernsteinlaw.com | May 13 2024 23:33:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14929062 | | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org | May 13 2024 23:32:00 | Franklin Mint Federal Credit Union, Attn: Bankruptcy, 5 Hillman Dr Ste 100, Chadds Ford, PA 19317 |
| 14929063 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | May 13 2024 23:32:00 | Internal Revenue Service, c/o Insolvency Unit, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14929064 | + | Email/Text: bankruptcydpt@mcmcg.com | May 13 2024 23:33:00 | Midland Funding, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14951046 | + | Email/Text: bankruptcydpt@mcmcg.com | May 13 2024 23:33:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14929065 | + | Email/Text: angela.abreu@northwest.com | May 13 2024 23:32:00 | Northwest Bank, Attn: Bankruptcy, Po Box 128, Warren, PA 16365-0128 |
| 14929068 | | Email/Text: Bankruptcy.Notices@pnc.com | May 13 2024 23:32:00 | PNC Bank, Attn: Bankruptcy Department, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 14967894 | | Email/Text: Bankruptcy.Notices@pnc.com | May 13 2024 23:32:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 14966283 | | Email/Text: Bankruptcy.Notices@pnc.com | May 13 2024 23:32:00 | PNC Bank, National Association, P.O. Box 94982, Cleveland, OH 44101 |
| 14929067 | | Email/Text: Bankruptcy.Notices@pnc.com | May 13 2024 23:32:00 | Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 14963667 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 13 2024 23:51:45 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14930078 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 13 2024 23:41:25 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14929069 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 13 2024 23:51:44 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 14970363 | + | Email/Text: ebnjts@grblaw.com | May 13 2024 23:32:00 | Quaker Valley School District, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14929070 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 13 2024 23:52:00 | Synchrony Bank, 950 Forrer Boulevard, Dayton, OH 45420-1469 |
| 14929071 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 13 2024 23:52:05 | Synchrony Bank/Brook Brothers, Attn: Bankruptcy Department, Po Box 965060, Orlando, FL 32896-5060 |

Case 18-23987-GLT    Doc 78    Filed 05/15/24    Entered 05/16/24 00:28:27    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 13, 2024 | Form ID: pdf900 | Total Noticed: 46 |

| 14929072 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 13 2024 23:52:09 | Synchrony Bank/Gap, Attn: Bankruptcy Department, Po Box 965060, Orlando, FL 32896-5060 |
| 14929073 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 13 2024 23:52:13 | Synchrony Bank/Mens Wearhouse, Attn: Bankruptcy Department, Po Box 965060, Orlando, FL 32896-5060 |
| 14929075 | + Email/Text: jaxbanko@td.com | May 13 2024 23:32:00 | TD Auto Finance, Attn: Bankruptcy, Po Box 9223, Farmington Hills, MI 48333-9223 |
| 14929074 | + Email/Text: bncmail@w-legal.com | May 13 2024 23:32:00 | Target, Attn: Bankruptcy Department, Po Box 9475, Minneapolis, MN 55440-9475 |
| 14929076 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | May 13 2024 23:32:00 | Toyota Motor Credit Co, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 14966902 | + Email/Text: VWBKNotices@nationalbankruptcy.com | May 13 2024 23:32:00 | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 14961616 | Email/PDF: ebn_ais@aisinfo.com | May 13 2024 23:51:45 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14929079 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 13 2024 23:32:00 | World Financial Network National Bank, PO Box 182025, Columbus, OH 43218-2025 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, N.A. |
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14970372 | *+ | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14929077 | ## | Toyota Motor Credit Company, PO Box 15012, Chandler AZ 85244-5012 |

TOTAL: 2 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Joint Debtor Rose-Marie Cambou dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: May 13, 2024 | Form ID: pdf900 | Total Noticed: 46 |

Daniel P. Foster
    on behalf of Debtor Bernard D. Cambou dan@mrdebtbuster.com
    katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Denise Carlon
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com

Jeffrey R. Hunt
    on behalf of Creditor Quaker Valley School District jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor Borough of Sewickley jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor County of Allegheny jhunt@grblaw.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Stephen Russell Franks
    on behalf of Creditor PNC BANK  N.A. amps@manleydeas.com

TOTAL: 11